UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Wise, Jr.,<br><br>             Plaintiff,<br><br>     v.<br><br>YJK Enterprises, Inc. dba Calvine Road Chevron, and DOES 1-10, inclusive,<br><br>             Defendants. | No. 2:15-cv-02382-GEB-EFB<br><br>**ORDER** |

    I am disqualifying myself as the judge to whom this case is assigned pursuant to 28 U.S.C. § 455(a). All currently scheduled dates are vacated. The Clerk of the Court shall randomly reassign this case and make the appropriate adjustments.

    IT IS SO ORDERED.

Dated: November 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1