UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tony Wise, Jr.**, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>**YJK Enterprises, Inc. dba Calvine Road Chevron** and Does 1-10, Inclusive, <br><br>　　　　Defendants. | Case No. 2:15-cv-2382 EFB <br><br> [~~Proposed~~] Order re: Joint Notice of Settlement |

## ORDER

　　The Parties report that they have reached a settlement in this matter and have requested that all currently set dates be taken off calendar pending execution of a settlement agreement and filing of a stipulation of dismissal.

　　Based on the representations of the Parties, IT IS ORDERED THAT the Parties file a stipulation of dismissal within sixty (60) days

Dated:  February 8, 2016

　　　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　Hon. Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge