1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Tony Wise, Jr.,** | Case No. 2:15-cv-2382 EFB |
| Plaintiff, | |
| v. | [Proposed] Order re: Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| **YJK Enterprises, Inc. dba Calvine Road Chevron** and Does 1-10, Inclusive, | |
| Defendants. | |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

Dated:  February 17, 2016

Hon. Edmund F. Brennan
Chief United States Magistrate Judge